PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Anthony Tucker

**Docket Number:** 05-00832-001
**PACTS Number:** 16032

**Name of Sentencing Judicial Officer:** HONORABLE JOSE L. LINARES
UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 04/27/2006

**Original Offense:** BANK FRAUD (3 Counts)

**Original Sentence:** 37 months imprisonment; 5 years supervised release; $300 total special assessment; $9,600.02 restitution. Special conditions: gambling restriction, full financial disclosure, no new debt, and DNA collection.

**Type of Supervision:** Supervised Release          **Date Supervision Commenced:** 11/09/09

**Assistant U.S. Attorney:** Erez Lieberman, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Lorraine Gauli-Rufo (AFPD), 1002 Broad Street, Newark, New Jersey 07102, (973) 645-634

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the standard supervision condition which states 'You shall not commit another federal, state, or local crime.'<br><br>On March 25, 2011, Anthony Tucker was arrested by members of the Port Authority of NY/NJ Police Department and charged with theft of three vehicles from the National/Enterprise Car Rental Agency at Newark Liberty International Airport. According to law enforcement authorities, Tucker admitted participating in an auto-theft ring involved in re-tagging and selling stolen vehicles.<br><br>Following his arrest/interview by law enforcement, Tucker was released and remains at liberty. |

PROB 12C - Page 2
Anthony Tucker

2      The offender has violated the standard supervision condition which states 'You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.'

According to Port Authority Police Officers, Tucker admitted associating and conspired with convicted felon, Andrew F. Clark. Clark is actively supervised by the U.S. Probation Office for a fraud conviction under Criminal Indictment 02-0785 (WMW).

3      The offender has violated the standard supervision condition which states 'You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.'

Tucker associated with convicted felon and current MDC Brooklyn inmate, Gilbert Hart (Register No. 24551-050). Specifically, during a home visit conducted on January 28, 2010, our office observed in plain view, correspondence from Hart addressed to Tucker.

I declare under penalty of perjury that the foregoing is true and correct.

By: Anthony J. Nisi
U.S. Probation Officer
Date: 4/5/11

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

Signature of Judicial Officer

APRIL 6, 2011
Date